JAY, receiver, etc. v. DE GROOT *et al.*

*Parties — death of a party pending an appeal — revivor.*

Pending an appeal from an order denying the petition of a creditor that a receiver assign to him a certain mortgage under foreclosure in the action, the mortgagor died, and his representatives were not brought in as parties to the appeal: *Held*, that the proper course was to order the hearing of the appeal to stand over, to enable the appellant to bring before the court the proceedings in revivor; and if such proceedings had not been regularly taken, to enable the appellant to bring the representatives of the deceased party before it in regular form.

APPEAL by the Equitable Insurance Company from an order of the special term denying the petition of said company, for an order that the receiver assign a certain mortgage of William H DeGroot, under foreclosure in this action, to said company. Pending the appeal DeGroot died.

*Joshua M. Van Cott,* for Equitable Ins. Co., appellant.

*L. S. Chatfield,* for respondent.

DAVIS, P. J.

The head-note contains the substance of the opinion. The hearing was ordered to stand over to enable the appellant to bring the representatives of DeGroot before the court.

*Ordered accordingly.*

---

PEOPLE *ex rel.* BAKER v. BOARD OF AUDIT AND APPORTIONMENT, appellants.

*Rehearing of motion.*

A motion for a rehearing of a motion made at a general term, to set aside an order made at a special term, on the ground that the appellants failed to print all the papers on appeal, and that copies of those printed were not served on the respondents in time to enable them to discover a mistake therein, where it appeared that the error sought to be corrected was objected to and the point argued on the appeal, was denied.

MOTION for a rehearing on behalf of relator, John T. Baker.

DONOHUE, J.

The head-note gives the substance of the opinion, which is not important for publication.

*Motion denied.*